DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHNY B. WILLIAMS** a/k/a **JOHN B. WILLIAMS** and **MONITHE L. WILLIAMS,**
Appellant,

v.

**WILMINGTON SAVINGS FUND SOCIETY, FSB,** d/b/a **CHRISTIANA TRUST, etc.,**
Appellee.

No. 4D19-2051

[March 26, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Judge; L.T. Case No. CACE 14-017568.

Jonathan Kline of Jonathan Kline, P.A., Weston, for appellant.

Adam G. Schwartz of Fox McCluskey Bush Robinson PLLC, Stuart, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, FORST, and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***